## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
## Eastern Division

Tonya Melson
                        Plaintiff,

v.                                          Case No.: 1:17−cv−03515
                                                        Honorable Edmond E. Chang

Ricoh Americas
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 31, 2017:

       MINUTE entry before the Honorable Edmond E. Chang: In light of the settlement, Plaintiff's counsel reported that dismissal without prejudice with leave to reinstate after consideration is effectuated is permissible. Accordingly, to avoid unnecessary status hearings, the case is dismissed without prejudice and with full leave to reinstate via motion filed by 12/15/2017. If no motion to reinstate is filed by that date, then the dismissal will automatically convert to a dismissal with prejudice, without further action by the Court. Status hearing of 11/01/2017 is vacated. Civil case terminated. The Court expresses its gratitude for recruited pro bono counsel's efforts in maintaining the profession's tradition of service to indigent clients. Emailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.