UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TONYA MELSON, | ) |
| Plaintiff, | ) ) ) |
| | ) Civil Action No. 1:17-cv-03515 |
| v. | ) ) |
| | ) Judge Edmond E. Chang |
| RICOH USA, INC., | ) ) |
| | ) Magistrate Judge Mary M. Rowland |
| Defendant. | ) |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Tonya Melson, and Defendant, Ricoh USA, Inc., pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, stipulate to the dismissal of this case with prejudice, with each party to bear its own costs and attorneys' fees.

Agreed to by:

TONYA MELSON

By: /Tonya Melson/

Tonya Melson
236 157th Street
Calumet City, IL 60409
(708) 625-4046
melsonc5@aol.com

RICOH USA, INC.

By: /s/Hannah L. Sorcic

Hannah L. Sorcic
REED SMITH LLP
10 S. Wacker Drive, 40th Floor
Chicago, IL 60409
(312) 207-1000
hsorcic@reedsmith.com

*Attorney for Defendant*

- 3 -

## CERTIFICATE OF SERVICE

  I hereby certify that on December 13, 2017, I electronically filed the foregoing with the Clerk of the Court using the Court's ECF system, which will send notification of such filing to all counsel of record listed in the Court's ECF system.

                By: */s/ Adam J. Weiner*